UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA VALDEZ-SANDOVAL,<br><br>    Plaintiff,<br><br>v.<br><br>PARENTSQUARE,<br><br>    Defendant. | Case No. 2:23-cv-10412-SB-JPR<br><br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

      On December 12, 2023, Plaintiff Alicia Valdez-Sandoval filed this case alleging violations of the Telephone Consumer Protection Act against Defendant ParentSquare.  Dkt. No. 1.  Pursuant to Federal Rule of Civil Procedure 4, Plaintiff was required to serve Defendant no later than March 13, 2024.  *See* Fed. R. Civ. P. 4(m).  Plaintiff has failed to file a proof of service showing that Defendant has been timely served.  Plaintiff is ordered to show cause, in writing, no later than March 29, 2024, why this case should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

      The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before March 29, 2024, of a proof of service.  The filing of such a proof shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

Date: March 15, 2024

                                            Stanley Blumenfeld, Jr.
                                           United States District Judge