UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ALICIA VALDEZ-SANDOVAL,

     Plaintiff,

v.

PARENTSQUARE,

     Defendant.

Case No. 2:23-cv-10412-SB-JPR

ORDER DISMISSING CASE FOR
LACK OF PROSECUTION

On December 12, 2023, Plaintiff Alicia Valdez-Sandoval filed this action alleging a violation of the Telephone Consumer Protection Act. Dkt. No. 1. The Court then granted Plaintiff's request to proceed in forma pauperis. Dkt. No. 7. On March 15, 2024—92 days after the complaint was filed—the Court issued an order to show cause re lack of prosecution because Plaintiff had failed to file a proof of service demonstrating that Defendant ParentSquare was timely served under Federal Rule of Civil Procedure 4(m). Dkt. No. 9. The Court warned that failure to respond to the Court's order by March 29, 2024, would be "deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant." March 29 has passed and Plaintiff has failed to either respond or file a proof of service. Accordingly, Plaintiff's claims are dismissed without prejudice.

A final judgment will be separately entered.

Date: April 5, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1