JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA VALDEZ-SANDOVAL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PARENTSQUARE,<br><br>　　　　Defendant. | Case No. 2:23-cv-10412-SB-JPR<br><br>FINAL JUDGMENT |

　　For the reasons stated in the separate order of dismissal entered this day, Plaintiff Alicia Valdez-Sandoval's claims against Defendant ParentSquare are dismissed without prejudice for lack of prosecution.

　　This is a final judgment.

Date: April 5, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge